UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE ABRAHAM, *et al.*, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1007-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| TURNBERRY/MGM GRAND ) | O R D E R |
| TOWERS, LLC, a Nevada LLC, *et al.*, ) | |
| ) | |
| Defendant, ) | |
| ) | |

This matter came before the Court for a hearing on Plaintiffs' Motion for a Stay or, in the Alternative, for a Continuance to Present Evidence in Opposition to Defendants' Motion to Compel Arbitration (#24).

The Court has considered Plaintiffs' Motion (#24), Defendants' Response (#32), Plaintiffs' Reply (#37), as well as the oral arguments of counsel.

Plaintiffs seek a stay of this action and of any decision on the Motion to Compel Arbitration (#18) until another judge in this court rules on the Motion to Relate Cases and Transfer Second-Filed Case to First-Filed Case (#96) in *Sussex v. Turnberry*, 2:08-cv-773-MMD-PAL.  Additionally, Plaintiffs propose a stay of this case pending a final decision in the *Sussex* case or until the Ninth Circuit Court of Appeals decides *Salameh v. Tarsadia Hotel*, No. 11-55479 (Hard Rock Hotel case).

Plaintiffs' Motion to Stay (#24) is denied. The Motion to Relate Cases and Transfer (#96) in *Sussex v. Turnberry*, 2:08-cv-773-MMD-PAL was denied.  See, Order (#99) attached to

1  Request for Judicial Notice (#50) in this case.  Further, the Court in *Sussex* ordered arbitration.
2  See, (#59) attached to Defendants' Motion to Compel Arbitration (#18 herein) as Exhibit A.  The
3  Court finds no reason to stay this case pending the decision in an unrelated case in the Ninth
4  Circuit Court of Appeals.
5      Finally, Plaintiffs seek a continuance for discovery to establish procedural
6  unconscionability excusing arbitration.  However, the defendants have submitted no evidence
7  suggesting a finding of procedural unconscionability is likely.  The lengthy history of this and
8  related litigation has afforded ample opportunity to secure information to support plaintiffs'
9  claims.  The Plaintiffs indicate in the Amended Complaint (#13) that they all "entered into
10 investment contracts" and that the contracts each included an arbitration provision.  See,
11 Amended Complaint (#13) at paragraphs 7 and 27.
12     Based on the foregoing and good cause appearing therefore,
13     IT IS HEREBY ORDERED that Plaintiffs' Motion for a Stay or, in the Alternative, for a
14 Continuance to Present Evidence in Opposition to Defendants' Motion to Compel Arbitration
15 (#24) is DENIED.
16     DATED this  30th  day of August, 2012.

                                                     ROBERT J. JOHNSTON
                                                     United States Magistrate Judge