# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE ABRAHAM, et al., | 2:11-CV-1007 JCM (RJJ) |
| Plaintiff(s), | |
| v. | |
| TURNBERRY/MGM GRAND TOWERS, LLC, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court are the report and recommendation of Magistrate Judge Robert J. Johnston (doc. # 53) granting defendants' motion to compel arbitration (doc. # 18). Plaintiffs have not filed any objections.

Reviewing the magistrate judge's report, this court agrees that it is appropriate to compel arbitration.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Johnston's recommendation (doc. # 53) is adopted in its entirety.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS THEREFORE ORDERED that defendants' motion to compel arbitration (doc. # 18),
2  be and the same hereby is, GRANTED.
3  DATED September 24, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -