1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9   GEORGE ABRAHAM, et al.,            Case No. 2:11-cv-01007-MMD-PAL
10                       Plaintiffs,                 ORDER
11        v.
    TURNBERRY/MGM GRAND TOWERS,
12  LLC, et al.,
13                       Defendants.
14

15        Pursuant to the Order granting the Petition for Writ of Mandamus (dkt. no. 171

16  in case no. 2:08-cv-00773), the Court's Order granting motion to disqualify Arbitrator

17  Brendan Hare (dkt. no. 141 in case no. 2:08-cv-00773-MMD-PAL; dkt. no. 81 in case no.

18  2:11-cv-01007-MMD-PAL) is vacated. Arbitrator Hare shall be reinstated as the arbitrator

19  in the *Sussex* and *Abraham* arbitrations.

20        Dated this 8th day of April 2015.

21
22
23                                        _____
                                          MIRANDA M. DU
24                                        UNITED STATES DISTRICT JUDGE
25
26
27
28