# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY ANN SUSSEX, et al, <br><br> Plaintiff, <br> v. <br> TURNBERRY MGM GRAND TOWERS, LLCA. et al, <br><br> Defendants. | Case No. 2:08-cv-00773-MMD-PAL <br> Consolidated with 2:11-cv-01007-MMD-PAL |
| KJH & RDA INVESTOR GROUP, LLC, <br><br> Plaintiffs, <br> v. <br> TURNBERRY/MGM GRAND TOWERS, LLC, et al., <br><br> Defendants. | *and related case* <br><br> Case No. 2:16-cv-00252-RFB-VCF <br><br> **Transfer Order** |

Defendants KJH & RDA Investor Group, LLC et al, v. Turnberry/MBM Grand Towers, LLC, et al., Case No. 2:16-cv-00252-RFB-VCF, filed a notice of related cases (dkt. no.7) in case 2:08-cv-00773-MMD-PAL, alerting the Court that the above-captioned cases "(a) Both involve the same or substantially the same parties; (b) Both actions relate to the Chapter 11 cases of the Debtors pending before the Honorable August B. Landis, United States Bankruptcy Court for the District of Nevada; (c) Both actions raise questions involving the jurisdiction of the Bankruptcy Court and the forum of the underlying litigation between the parties; (d) the above-captioned case involves the same or substantially similar facts as were before the Court in the Referred Case in connection with

Turnberry/MGM Grand Towers, LLC's *Motion to Refer all Claims and Causes of Action to the Bankruptcy Court* [ECF No. 191]; and (e) Movants in the above-captioned case before this Court seek relief contrary to the Order entered in the Referred Case on January 19, 2016 [ECF No. 208], which referred the case to the Bankruptcy Court." (Dkt. no. 7.)

In the interest of judicial economy, the presiding district judges in these actions have preliminarily determined that these cases are related and that good cause exists to transfer Case No. 2:16-cv-00252-RFB-VCF to District Judge Miranda M. Du and Magistrate Judge Peggie Leen under Local Rule 7-2.

Accordingly, it is hereby ordered that the Clerk of Court is directed to transfer Case No. 2:16-cv-00252-RFB-VCF to District Judge Miranda M. Du and Magistrate Judge Peggie Leen.

DATED THIS 3rd day of March 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2